UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UTILITY CONSTRUCTORS, INC.**

**VERSUS**

**LIBERTY MUTUAL INSURANCE CO.**

**CIVIL ACTION**

**NO. 15-501-JWD-RLB**

**O R D E R**

The court *sua sponte* notes the potential insufficiency of the defendant's allegation of the citizenship of the parties as follows;

1. \_\_\_\_ A party invoking diversity jurisdiction must allege the *citizenship* rather than mere residence of an individual. In addition, see 28 U.S.C. §1332(c)(2) for infants, minors and an incompetent. The *citizenship* of _____ is not provided.

2. \_X\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The principal place of business of plaintiff **Utility Constructors, Inc.** is not provided.[1]

3. \_\_\_\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists. The state of incorporation and principal place of business of _____ is not provided.[2]

4. \_\_\_\_ A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company. The citizenship of a limited liability company for

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend*, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

[2] See footnote 1.

    diversity purposes is determined by the citizenship of **its members**.  The citizenship of **all of the members** of a limited liability company must be properly alleged.  In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well.  See *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).  The complete citizenship of _____ is not provided.

5.      A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership.  A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners.  Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership.  See *International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997); *Carden v. Arkoma Associates,* 494 U.S. 185 (1990).  The citizenship of _____ is not provided.

6.      A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London.  The citizenship of Underwriters at Lloyd's, London has not been provided.  See *Corfield v. Dallas Glen Hills LP,* 355 F.3d 853 (5th Cir. 2003).

7.      A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship.  A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant.  Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners.  See *Linder Enterprises v. Martinringle, No. 07-1733,* 2007 WL 3095382 (N.D. Tex., Oct. 22, 2007).  The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **October 16, 2015**, the defendant shall file an amended notice of removal providing the citizenship of plaintiff **Utility Constructors, Inc.**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on October 1, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**